UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:18CR0505 HEA |
| | ) | |
| JOHN V. KNOWLES IV, | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S MOTION TO FILE UNDER SEAL**

COMES NOW the United States of America, by and through Jeffery B. Jensen, United

States Attorney for the Eastern District of Missouri, and Colleen C. Lang, Assistant United States

Attorney for said District, and hereby moves this Court to allow the Government to file a

restitution request for the "CINDY" series of child pornography under seal.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

/s/ Colleen C. Lang
COLLEEN C. LANG, #56872MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri  63102
(314) 539-2200

**CERTIFICATE OF SERVICE**

I hereby certify that on 11/15/18, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record. An Email copy will be sent to defense counsel.

/s/ Colleen C. Lang
COLLEEN C. LANG, 356872MO
Assistant United States Attorney